**Order entered June 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00456-CV**

**IN THE INTEREST OF K.D.S.P., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00042**

**ORDER**

On the Court's own motion, we **STRIKE** our order of June 8, 2022 regarding the reporter's record.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE